UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-80421-BLOOM

REGINALD ANDREW PAULK, SR.,

    Plaintiff,

v.

RICK BRADSHAW, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to Appeal *in forma pauperis,* ECF No. [20]. For the following reasons, the Motion is denied.

Motions to appeal *in forma pauperis* are governed by 28 U.S.C. § 1915 and Rule 24 of the Federal Rules of Appellate Procedure. A district court may authorize a party to proceed *in forma pauperis* upon an affidavit of indigency. 28 U.S.C. § 1915(a); *see* Fed. R. App. P. 24(a)(1). An appeal, however, "may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); *accord* Fed. R. App. P.24(a)(3)(A). A party who seeks appellate review of an issue does so in good faith if the issue is not frivolous from an objective standard, *see Coppedge v. United States*, 369 U.S. 438, 445 (1962), and an *in forma pauperis* action is frivolous "if it is without arguable merit either in law or fact," *Napier v. Preslicka*, 314 F.3d 528, 531 (11th Cir. 2002). Alternatively, where a claim is arguable but ultimately will be unsuccessful, it should be allowed to proceed. *See Cofield v. Ala. Pub. Serv. Comm'n*, 936 F.2d 512, 515 (11th Cir. 1991).

On April 14, 2022, the Court dismissed this case for failure to state a claim. *See* ECF No.

[9] at 5. After careful consideration, the Court finds there are no non-frivolous issues to be considered on appeal.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [20]**, is **DENIED**. The case shall remain closed.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 31, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Reginald Andrew Paulk, Sr.
600419
Lancaster Correctional Institution
Inmate Mail/Parcels
3449 SW State Road 26
Trenton, FL 32693
PRO SE